Clair LESLIE, Appellant, v. UNITED STATES of America, Appellee.

No. 11956.

Circuit Court of Appeals, Fifth Circuit.

Nov. 14, 1947.

Edgar C. Soule, of Houston, Tex., for appellant.

Steve M. King, U. S. Atty., of Beaumont, Tex., for appellee.

Before SIBLEY, HOLMES, and Mc-CORD, Circuit Judges.

PER CURIAM.

The judgment appealed from is affirmed.

MICHIGAN WINDOW CLEANING COMPANY, Defendant-Appellant, v. Thomas MARTINO et al., Plaintiffs-Appellees.

No. 10462.

Circuit Court of Appeals, Sixth Circuit.

Oct. 14, 1947.

Davidow & Davidow, of Detroit, Mich., for appellant.

Leon Cousens and Erwin B. Ellmann, both of Detroit, Mich., for appellees.

Before HICKS, MARTIN and MILLER, Circuit Judges.

PER CURIAM.

This appeal having been heard on the record, briefs and oral argument of counsel, and it appearing to the Court that the order of December 3, 1946, herein appealed from is not a final decision subject to review under Section 128(a) of the Judicial Code, Section 225(a), Title 28 U.S.C.A.; it is ordered that the appeal herein be and is dismissed. Catlin v. United States, 324 U.S. 229, 65 S.Ct. 631, 89 L.Ed. 911; Leonard v. Socony-Vacuum Oil Company, 7 Cir., 130 F.2d 535, and cases therein cited.

Jay H. MONTGOMERY and Victor Kremer, Appellants, v. UNITED STATES of America, Appellee.

No. 11510.

Circuit Court of Appeals, Ninth Circuit.

Nov. 5, 1947.

Morris Lavine and David H. Cannon, both of Los Angeles, Cal., for appellants.

James M. Carter, U. S. Atty., and Ernest A. Tolin and William Strong, Asst. U. S. Attys., all of Los Angeles, Cal., for appellee.

Before MATHEWS, STEPHENS and ORR, Circuit Judges.

PER CURIAM.

The judgment of the District Court is affirmed.